IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00315-PSF-PAC

GLENN ROSENSTEIN,

    Applicant,

v.

R. WILEY, WARDEN,

    Respondent.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that Applicant's "Notice to Submit" (Doc. #21), which the court liberally construes as a motion requesting a ruling on the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241, filed February 28, 2006, is **DENIED AS MOOT.**  A recommended disposition of the application was issued this date.

Dated:  January 2, 2007