IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00315-PSF-PAC

GLENN ROSENSTEIN,

    Applicant,

v.

R. WILEY, WARDEN,

    Respondent.

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that the motions for rulings (Doc. #22, filed on October 17, 2006, and Doc. #31, filed on February 22, 2007), are **denied as moot**.

    On January 2, 2007, the court issued a Minute Order denying Applicant's request for a ruling (Doc. #21), filed September 13, 2006, as moot.  A recommended disposition of the §2241 Application was issued on January 2, 2007.  The District Judge will enter an order on the Recommendation of United States Magistrate Judge in due course.

Dated:  February 27, 2007